DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GERARDO ORTIZ-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR. S-09-406 FCD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| GERARDO ORTIZ-REYES, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on November 9, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for November 9, 2009, be continued until December 7, 2009, at 10:00 a.m. In addition, the parties stipulate that the time period from November 9, 2009, to December 7, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

1  DATED: November 6, 2009

3                    Respectfully submitted,

4  LAWRENCE G. BROWN                    DANIEL BRODERICK
   United States Attorney                Federal Defender

6  */s/ Lexi Negin for*                  */s/ Lexi Negin*
   MICHAEL ANDERSON                      LEXI NEGIN
7  Assistant U.S. Attorney               Assistant Federal Defender
   Attorney for United States            Attorney for Gerardo Ortiz-Reyes

9  **IT IS SO ORDERED.**

10 DATED: November 6, 2009

   _____
   FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE

2